UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | Docket No: 21-cr-10348-FDS |
| ) | |
| v. ) | |
| ) | |
| RAYMOND GAINES, ) | |
| ) | |
| Defendant ) | |

## **MOTION FOR LEAVE TO FILE UNDER SEAL**

Raymond Gaines respectfully moves that the Court allow him to file his sentencing memorandum under seal. As reason, his memorandum contains private information including, but not limited to, details about his medical history. Gaines submits that his privacy interests in the information that will be provided outweighs the public need for this information. He requests that the document remain sealed unless and until it is released pursuant to a court order.

    Respectfully submitted,
    Attorney for RAYMOND GAINES,

    */s/Keren Goldenberg*
    Keren Goldenberg
    BBO #657629
    19A Alexander Ave.
    Belmont, MA  02478
    (617) 431-2701
    keren@kgdefenselaw.com

Date: February 7, 2022

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                          */s/ Keren Goldenberg*
                                          KEREN GOLDENBERG

Date: February 7, 2022